Matter of El v Swern

2026 NY Slip Op 01960

April 1, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Yashua Ank Bey El, etc., petitioner,

v

Anne Swern, etc., respondent. Yashua Ank Bey El, Brooklyn, NY, petitioner pro se.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 1, 2026

2025-14599

Mark C. Dillon, J.P.

William G. Ford

Helen Voutsinas

James P. Mccormack, JJ.

Letitia James, Attorney General, New York, NY (Anjali Bhat of counsel), for respondent.

[*1]

DECISION & JUDGMENT

Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent, Anne Swern, a Justice of the Supreme Court, Kings County, to sign a proposed order to show cause in an action entitled Citimortgage, Inc. v Bey El, pending in that court under Index No. 506724/25.

ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman, 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.

The petitioner's remaining contentions are without merit.

DILLON, J.P., FORD, VOUTSINAS and MCCORMACK, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court